1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11
12
13
14
15
16

MATTHEW G. SILVA,

          Plaintiff,

    v.

C. J. MERRITT, *et al.,*

          Defendants.

Case No.  C07-5482BHS/KLS

ORDER TO SHOW CAUSE WHY
CASE SHOULD NOT BE
DISMISSED UNDER 28 U.S.C. §
1915 (g)

17
18
19
20
21
22
23

    This matter comes before the Court on Plaintiff's application to proceed *in forma pauperis* and a proposed civil rights complaint under 42 U.S.C. § 1983.  (Dkt. # 1).  Court records indicate, however, that Plaintiff has filed at least three civil actions *in forma pauperis* in the United States District Courts that have been dismissed as frivolous or for failure to state a claim.  Those cases include: *Silva v. Bush, et. al*, CV-06-984-JLR (Western District of Washington); *Silva v. Clarke, et.al*., CV-05-414-MWL (Eastern District of Washington); and *Silva v. State of Washington, et al.*, C-98-659-WLD (Western District of Washington).[1]

24
25
26
27

    In addition, Plaintiff has filed a fourth action, CV-06-2289-JAT/ECV, in the District of Arizona (Phoenix), which was dismissed for failure to state a claim.  And, in a fifth action filed in the Eastern District of Washington, Case No. CV-7-210-RHW, Plaintiff has been ordered to show cause why that

28

    [1]The Court may take judicial notice of court records. *MGIC Indemn. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986).

ORDER
Page - 1

action should not be dismissed under 28 U.S.C. § 1915 (g).   Plaintiff responded to Judge Whaley's order to show cause in that case, stating only that the fourth action he filed in the District of Arizona is on appeal and should not be counted against him.  (Dkt. # 7).

Regardless of the status of Plaintiff's fourth and fifth cases, Section 1915 (g) of the United States Code applies if a prisoner has brought three or more actions previously dismissed as frivolous, malicious or that failed to state a claim:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceed under this section if the prisoner has, on *3 or more prior occasions*, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted unless the prisoner is under imminent danger of serious physical injury.

[Emphasis added.]

ACCORDINGLY, **IT IS ORDERED:**

(1)     Plaintiff shall show cause by **November 16, 2007**, why this case should not be dismissed pursuant to 28 U.S.C. § 1915 (g).  In the alternative, Plaintiff may pay the full $350.00 filing fee for this action.  **If the Plaintiff does not respond within the time period specified, or Plaintiff odes not show sufficient cause as noted above, the Court will recommend dismissal of this case pursuant to 28 U.S.C. § 1915 (g)**; and;

(2)     The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this _17th_  day of October, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2