1

2

3

4

5

6                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
7                                      AT TACOMA

8    MATTHEW G. SILVA,

9                        Plaintiff,                    CASE NO. C7-5482BHS

10           v.                                        MINUTE ORDER STRIKING
                                                       REPORT AND
11   C J MERRITT; RONALD R. CARPENTER,                 RECOMMENDATION AND
     Clerk, Washington State Supreme Court;            REFERRING CASE TO
12   SUSAN L. CARLSON, Deputy Clerk,                   MAGISTRATE JUDGE
     Washington State Supreme Court,
13
                         Defendants.
14

15           NOW, on this 12th day of December, 2007, the Court directs the Clerk to enter the

16   following Minute Order:

17           A Report and Recommendation recommending denial of Plaintiff's Motion for Leave to

18   Proceed In Forma Pauperis (Dkt. 1) is currently pending before the Court. *See* Dkt. 8. On

19   December 7, 2007, the Court received Plaintiff's $350.00 filing fee, rendering Plaintiff's motion

20   moot. The Report and Recommendation (Dkt. 8) is therefore **STRICKEN** from the Court's

21   calendar, and this case is **REFERRED** to Magistrate Judge Karen L. Strombom.

22           The foregoing Minute Order was authorized by the Honorable BENJAMIN H. SETTLE,

23   United States District Judge.

24

25

26                                          ___/s/ Trish Graham_____
                                            Trish Graham
27                                          Judicial Assistant

28

MINUTE ORDER