UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>C. J. MERRITT, *et al*,<br><br>    Defendants. | Case No. C07-5482 BHS/KLS<br><br>ORDER TERMINATING<br>PLAINTIFF'S MOTION FOR<br>TEMPORARY RELIEF |

Before the Court is Plaintiff's motion for preliminary injunction, which was noted by the Clerk for December 28, 2007. (Dkt. # 10). Plaintiff's motion was originally filed prior to the time he paid the filing fee in this matter and before his civil rights Complaint was filed in this case. (Dkt. # 9). Plaintiff has now paid the filing fee and has been ordered to effect service of the summons and complaint. (Dkt. # 13). Accordingly, the Court finds that no action should be taken on Plaintiff's motion for preliminary injunction until Defendants have been properly served with the Complaint and Plaintiff's motion.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for preliminary injunction (Dkt. # 10) is terminated; after Defendants have been served with the Complaint and appeared of record, Plaintiff may file, serve

ORDER - 1

1  and re-note the motion in accordance with the Rules governing filing and serving of motions; and

2      (2)    The Clerk of the Court shall send a copy of this Order to Plaintiff.

4      DATED this  24th   day of January, 2008.

                                              Karen L. Strombom
                                              United States Magistrate Judge

28  ORDER - 2