UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

    Plaintiff,

v.

C. J. MERRITT, *et al.*,

    Defendants.

Case No.  C07-5482 BHS/KLS

ORDER DENYING PLAINTIFF'S MOTION TO WITHDRAW MOTION TO RECUSE

Before the Court is Plaintiff's motion to withdraw his request to recuse the undersigned and to re-characterize his previous request for a temporary injunction as a motion for temporary restraining order. (Dkt. # 22).  Plaintiff's motion for recusal was denied by Judge Lasnik by Order dated February 27, 2008. (Dkt. # 20).  Plaintiff's previous request for temporary injunction was stricken from the docket as it had not been properly filed, served and noted on the Court's docket.  Plaintiff was previously advised that any motion should be filed, served and noted in accordance with the rules governing the filing of motions.  (*See* Dkt. # 14).  This Court's order advising Plaintiff of same was affirmed by Judge Settle by Order dated February 15, 2008.  (Dkt. # 18).  Plaintiff's present motion was not noted for hearing or served upon Defendants.  *Id.*

Accordingly, it is **ORDERED**:

(1)     Plaintiff's motion to withdraw and have this Court rule on his previous request for temporary injunction as a temporary restraining order (Dkt. # 22) is **DENIED**;

ORDER
Page - 1

1     (2)    Plaintiff shall file all future motions, note them on the Court's docket, and serve them on the Court and on counsel for Defendants. Plaintiff shall also provide the Court with proof that he has served opposing counsel with any pleadings or motions.

DATED this  19th  day of March, 2008.

                                  Karen L. Strombom
                                  United States Magistrate Judge