1
2
3
4
5
6
7
8
9                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
10                              AT TACOMA
11

12   MATTHEW G. SILVA,
                                               Case No. C07-5482 BHS/KLS
13              Plaintiff,

14       v.                                    ORDER DENYING PLAINTIFF'S
                                               MOTION FOR WITHDRAWAL OF
15   C. J. MERRITT, *et al*,                   DEFENSE COUNSEL

16              Defendants.

17

18       Before the Court is Plaintiff's motion for withdrawal of defense counsel, Rob McKenna, and

19   any of his subordinates, who have appeared on behalf of Washington State employees in this action.

20   (Dkt. # 29).  Plaintiff argues that under RCW 42.12.010(6) Washington Attorney General Robert

21   M. McKenna has forfeited his office by failing to execute and file a bond with the Secretary of State

22   of Washington.

23       Defendants have provided the Court with evidence that the State has provided Plaintiff with

24   the information needed to obtain a copy of the official bond he claims does not exist.  (Dkt. # 31,

25   Exh.  A).  Defendants have also provided the Court with a copy of the bond.  *Id*., Exh. B.  In

26   addition, there is no legal authority for the argument presented by Plaintiff that Assistant Attorneys

27   General must withdraw from representing state employees when an Attorney General is removed

28   ORDER - 1

1  from office for the reasons set forth in RCW 42.12.010.  State law requires attorneys from the office

2  of the Attorney General to represent all state officials and employees acting in good faith within the

3  scope of their official duties.  RCW 4.92.060-.070; RCW 43.10.030(3); RCW 43.10.060-.065.

4  Plaintiff has provided no evidence or law to the contrary.

5        Accordingly, it is **ORDERED:**

6        (1)    Plaintiff's motion for withdrawal of defense counsel (Dkt. # 29) is **DENIED**; and

7        (2)    The Clerk of the Court shall send a copy of this Order to Plaintiff and counsel for

8  Defendants.

9        DATED this 25th  day of April, 2008.

10

11

12

13              Karen L. Strombom

14              United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER - 2