UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>    Plaintiff,<br><br>  v.<br><br>C. J. MERRITT, *et al.*,<br><br>    Defendants. | Case No. C07-5482 BHS/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE |

Presently before the Court is Plaintiff's motion to extend time to serve Defendant C. J. Merritt. (Dkt. # 28). Defendants have filed no opposition and having carefully reviewed Plaintiff's motion and finding good cause shown, the Court finds that an extension of time is warranted.

Accordingly, it is **ORDERED**:

(1) Plaintiff's motion to extend (Dkt. # 28) is **GRANTED** and Plaintiff shall be given an additional 120 days until August 2, 2008, to complete service on Defendant C. J. Merritt;

(2) The Clerk shall send a copy of this Order to Plaintiff and opposing counsel.

DATED this 30th day of April, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1