UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. J. MERRITT, *et al.*,<br><br>　　　　Defendants. | Case No. C07-5482 BHS/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY |

　　Before the court is Plaintiff's motion for an extension of time (Dkt. # 39) to reply to Defendants' response (Dkt. # 31) to Plaintiff's motion for the withdrawal of defense counsel (Dkt. # 29). Plaintiff's motion for extension (Dkt. # 39) was received on May 2, 2008 and noted for the Court's calendar on May 23, 2008. (Dkt. # 39). Plaintiff's reply was due on or before April 25, 2008. The court reviewed the parties' arguments and documents and found Plaintiff's motion to be without merit. The court entered its Order denying Plaintiff's motion on April 28, 2008. (Dkt. # 34).

　　Accordingly, Plaintiff's motion for an extension of time (Dkt. # 39) is **DENIED**. The Clerk is directed to send copies of this order to plaintiff and counsel for defendants.

　　DATED this __9th__ day of June, 2008.

　　　　　　　　　　　　　　　　　　/s/ Karen L. Strombom
　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1