UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C J MERRITT; RONALD R. CARPENTER, Clerk, Washington State Supreme Court; SUSAN L. CARLSON, Deputy Clerk, Washington State Supreme Court,<br><br>　　　　　Defendants. | CASE NO. C07-5482BHS<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO PROTECTIVE ORDER AND STAY OF DISCOVERY |

This matter comes before the Court on Plaintiff's Objections to Protective Order and Stay of Discovery (Dkt. 45). The Court has considered the objections and the remainder of the file and hereby overrules the objections for the reasons stated herein.

**I. BACKGROUND AND DISCUSSION**

Plaintiff objects to entry of the Order Granting Defendants' Motion for Protective Order and to Stay Discovery (Dkt. 40) on the grounds that his untimely response and motion for extension of time to respond were not considered before the order was entered.

On May 1, 2008, Defendants moved for entry of a protective order and a stay of discovery. Dkt. 35. Defendants requested that deposition notices to the following nonparties be quashed: King County Superior Court Judge Richard McDermott, U.S.

ORDER - 1

District Judge John Coughenour, U.S. District Court Magistrate James Donohue, King County Prosecuting Attorney Dan Satterburg, two King County Deputy Prosecutors, the Federal Bureau of Investigation, and the Washington Department of Corrections. *Id.* at 1-2. Plaintiff did not timely respond to the motion.

On May 27, 2008, United States Magistrate Judge Karen L. Strombom granted Defendants' motion. Dkt. 40. Judge Strombom noted that Plaintiff's failure to respond constituted an admission under Local Rule CR 7(b)(2). *Id.* at 1. Judge Strombom also correctly concluded that the depositions should be quashed because Plaintiff offered no evidence suggesting that depositions of these witnesses would relate to his claims in this matter. *See id.* at 3. Plaintiff's untimely response similarly fails to demonstrate the relevance of such depositions. *See* Dkt. 44-2.

Judge Strombom also properly concluded that there is good cause to stay discovery in this matter because Defendants anticipated filing motions regarding Defendants' alleged immunity. *See* Dkt. 40 at 3. A motion seeking summary judgment on the basis of qualified immunity and on other grounds is currently pending. *See* Dkt. 41. While Plaintiff disputes whether Defendants are entitled to immunity, he does not demonstrate that discovery should proceed before this issue is decided. *See* Dkt. 44-2.

## II. ORDER

Therefore, it is hereby

**ORDERED** that Plaintiff's Objections to Protective Order and Stay of Discovery (Dkt. 45) are **OVERRULED**.

DATED this 17th day of June, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2