UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

    Plaintiff,

    v.

C. J. MERRITT, *et al.*,

    Defendants.

Case No. C07-5482 BHS/KLS

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY

Before the court is Plaintiff's motion for an extension of time (Dkt. # 44) to respond to Defendants' motion for protective order and stay of discovery. (Dkt. # 35). Defendants' motion was noted for May 16, 2008. Plaintiff's reply was due on or before May 16, 2008. After careful review of Defendants' motion and supporting documents, the court entered its Order granting the motion for protective order and staying discovery on May 27, 2008. (Dkt. # 40).

After filing this motion for extension of time, Plaintiff also filed objections to the court's Order (Dkt. # 40). Those objections were overruled by United States District Judge Benjamin H. Settle on June 17, 2008. Therefore, Plaintiff's motion for an extension is moot.

Accordingly, Plaintiff's motion for an extension of time (Dkt. # 44) is **DENIED**. The Clerk is directed to send copies of this order to plaintiff and counsel for defendants.

DATED this  1st  day of July, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1