UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

    Plaintiff,

v.

C. J. MERRITT, *et al.*,

    Defendants.

Case No. C07-5482 BHS/KLS

ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Noted on the court's docket for consideration on June 27, 2008 is Defendants' motion for summary judgment. (Dkt. # 41). Plaintiff's deadline to respond to the motion was on June 20, 2008. On June 30, 2008, Plaintiff filed a motion requesting an extension until August 20, 2008 to file his response, because a significant number of the cases cited in Defendants' motion are not available in the WSP law library. (Dkt. # 51). Defendants oppose the request as untimely and because Plaintiff has not provided good cause or excusable neglect for a two-month extension.

Having carefully reviewed the motion, Defendants' opposition, and balance of the record, the Court **ORDERS**:

(1)     Plaintiff's motion for an extension (Dkt. # 51) is **GRANTED**; Plaintiff shall file his response to Defendants' motion for summary judgment (Dkt. # 41) on or before

ORDER - 1

**August 11, 2008**;

(2) Defendants may file their reply to Plaintiff's response on or before **August 15, 2008**;

(3) The Clerk is directed to **re-note** Defendants' motion for summary judgment for **August 15, 2008**;

(4) The court's previous Order staying discovery (Dkt. # 40) remains in effect; and

(5) The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

DATED this  25th  day of July, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2