UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW G. SILVA, <br><br> Plaintiff, <br><br> v. <br><br> C. J. MERRITT, *et al*, <br><br> Defendants. | Case No. C07-5482 BHS/KLS <br><br> ORDER REGARDING NINTH CIRCUIT FILINGS |

On September 8, 2008, Plaintiff filed a letter with the Court Clerk referencing his Ninth Circuit Case No. 08-80050, demanding that the Clerk provide a written explanation of why a show cause order in the Ninth Circuit Case was filed in this case. Plaintiff also requested that copies of his response to that show cause order be filed in this case and provided copies of same for filing. Dkt. # 66.

Plaintiff is advised that no such show cause order was filed in this case. Moreover, Plaintiff's appeal in the Ninth Circuit relating to this case, Case No. 08-35620, was dismissed by order of the Court of Appeals on September 11, 2008.

Accordingly, it is **ORDERED:**

(1) Plaintiff's request for a written clarification is **DENIED**;

ORDER - 1

(2) The Clerk of the Court shall send **a copy of the Docket Sheet** to Plaintiff and a copy of this Order to Plaintiff and counsel for Defendants.

DATED this 25th day of September, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2