UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

    Plaintiff,

v.

C.J. MERRITT, et al.,

    Defendants.

Case No. C07-5482BHS

ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME AND ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 65), and Plaintiff's request for additional time to file objections (Dkt. 76).

## I. BACKGROUND

The original deadline for filing objections to the Report and Recommendation was around September 19, 2008. *See* Dkt. 65 at 13 (September 9, 2008, Report and Recommendation providing Plaintiff 10 days from service of the report to file objections). The Court previously granted two of Plaintiff's requests for extensions of time to file objections. Dkts. 71 and 75. Plaintiff did not file objections to the Report and Recommendation by November 14, 2008, as permitted by the last order granting an extension. Dkt. 75.

Plaintiff again moves for an extension of time because he maintains that he needs additional time to recover legal materials which he alleges were illegally seized by the Department of Corrections ("DOC"). Dkt. 76. He also requests that the Court enter an order

ORDER – 1

requiring the DOC and Washington State Attorney General's office to appear and show cause why his legal materials have not been returned. *Id.* at 4.

The Court denies Plaintiff's motion. Plaintiff filed a motion in state court to recover his legal materials, and the Walla Walla Superior Court dismissed Plaintiff's motion with prejudice. *See* Dkt. 76, 7-8 (Exhibit 1). It also appears that the DOC policy places limits on the number of boxes of legal materials that may be kept in a cell. *Id.*, 18-19 (Exhibit 4). Apparently, Plaintiff chose to keep only two files and the rest of his materials will be shipped to him. *Id.*

The Court has twice extended the deadline for filing objections and Plaintiff has not provided a valid reason for another extension. Plaintiff has been provided ample time to file his objections. The Court also denies Plaintiff's request to issue an order to show cause. Plaintiff's allegations that he has been deprived of his legal materials have been resolved by state court and appear to have been resolved by the DOC as well.

## II. ORDER

The Court having considered the Report and Recommendation, Plaintiff's motion, and the remaining record, does hereby find and order:

(1) The Court **DENIES** Plaintiff's motion for an extension of time (Dkt. 76);

(2) The Court adopts the Report and Recommendation (Dkt. 65);

(3) Defendants' Motion for Summary Judgment (Dkt. 41) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

DATED this 8th day of December, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2