# United States District Court

WESTERN DISTRICT OF WASHINGTON

MATTHEW G. SILVA

v.

C.J. MERRITT, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5482BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **DENIES** Plaintiff's motion for an extension of time (Dkt. 76);

The Court adopts the Report and Recommendation (Dkt. 65); and

Defendants' Motion for Summary Judgment (Dkt. 41) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

| December 9, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk